M. P. No. 1399. FRANCIS N. SWEENEY *v.* JAMES T. HAGAN *et al.,* TOWN COUNCIL OF NORTH SMITHFIELD. Motion for leave to file petition for writ of certiorari granted. Motion of petitioner to stay execution of decision of town council revoking his junkyard license is denied. *Lavine and Sutherland,* for petitioner. *Charles F. Rogers,* Town Solicitor of North Smithfield, for respondent.

Ex. Nos. 1316 to 1326, incl. STATE *v.* WILLIAM H. THOMAS. Motion to withdraw as counsel for defendant granted. *Richard J. Israel,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1266. FRANCIS C. AHERN *v.* MICHAEL W. LYNCH. Motion of appellant that truth of trial transcript and pleadings be established is denied without prejudice to right of appellant to renew motion at hearing on merits. *Aram K. Berberian,* for appellant. *Robert C. Hogan,* Assistant City Solicitor of Warwick, for appellee.